### 34900. SIRMONS et al. v. THE STATE.

PER CURIAM.

The nine appellants are indicted for allegedly smuggling 26 tons of marijuana into Georgia. Their bonds are set at $125,000 each. This habeas corpus complains the bonds are excessive and equivalent to a refusal to grant bail. *Jones v. Grimes,* 219 Ga. 585 (134 SE2d 790) (1964). We affirm. The trial judge did not abuse his discretion in setting bail.

*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 4, 1979 — DECIDED MAY 21, 1979.

*Al Horn,* for appellants.
*Glenn Thomas, District Attorney, John B. Johnson, III, Assistant District Attorney,* for appellee.